IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00088-CMA-MEH

LEHMAN BROTHERS HOLDINGS INC.,

    Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 25, 2013.**

    Defendant's Motion to Vacate and Reset the March 14, 2013 Scheduling Conference [filed February 22, 2013; docket #13] is **granted in part and denied in part**. The Scheduling Conference currently scheduled for April 4, 2013[1] at 9:45 a.m. is **converted** to a Status Conference and will take place in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall be prepared to discuss the status of the case at that time.

---

[1] Defendant refers to the date of the Scheduling Conference as March 14, 2013 in error.