IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00088-CMA-MEH

LEHMAN BROTHERS HOLDINGS INC.,

    Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 24, 2013.**

The Stipulated Motion for Entry of Protective Order [filed July 22, 2013; docket #36] is **denied without prejudice** and the proposed protective order is refused as follows.

First, in paragraph 7, the burden is (appropriately) placed upon the person designating information as confidential; therefore, the designating party should have the obligation to seek relief from the Court in any dispute as to the confidentiality of the information.

Second, as set forth in paragraph 13, the Court will not retain jurisdiction over this matter once the case is closed.

If the parties choose to re-file the motion and a proposed order as modified in accordance with this minute order, they shall (once again) provide the Court with a copy of the proposed order in useable format (Word, Word Perfect).