IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00088-CMA-MEH

LEHMAN BROTHERS HOLDINGS INC.,

    Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 26, 2013.**

    The renewed Stipulated Motion for Entry of Protective Order [filed July 25, 2013; docket #39] is **granted** and the proposed protective order is accepted with modification to paragraph 13. The Stipulated Protective Order, as modified, is filed contemporaneously with this minute order.